# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Lawrence J. Skrobot, et al.

Defendant.

Case No.: 1:08–cr–00107
Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Motion to withdraw as attorney [141] is granted as to Lawrence J. Skrobot (1). Motion [136] fora leave to travel outside the Northern District of Illinois is granted as to Jonathon Marchetti (7). Motion [127] for a list of witnesses is granted as to James Green (14). Motion for leave [128]to file additional motions is granted as to James Green (14); Motion for order [129] is entered and continued as to James Green (14). Motion to produce favorable evidence [130] is granted as to James Green (14). Motion for order [131] Santiago Proffer is entered and continued as to James Green (14); Motion to sever defendant [133] is entered and continued as to James Green (14). Motion to modify conditions of release [139] removing Electronic Monitoring Bracelet is granted as to Alonzo Braziel (17); Motion [100] is entered and continued as to Kevin Earl (18). As to Lawrence J. Skrobot, James Robert Thomas, Varena McCloud, Charlene Batalla, Hattie Brooks, Donald Thomas, Jonathon Marchetti, Joseph Miller, Alfredo Hilado, Johnny White, Diane Robinson, John Lewis, James Green, Christopher Marchetti, Karl Allen, Alonzo Braziel, Kevin Earl; Status hearing held on 5/9/2008. Status hearing set for 7/11/2008 at 10:00 AM.Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.