Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 11 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Johnny White | | |

**DOCKET ENTRY TEXT**

Defendant's conditions of bond are modified to allow travel from May 22, 2008 to May 25, 2008 to New York to attend the graduation of his sister. Enter order.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|



2008 MAY 22 PM 6:13