

IN THE ILLINOIS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, )<br>                Plaintiff, )<br>                        )<br>           v.           )<br>                       )<br>Johnny WHITE, )<br>              Defendant. ) | Case No. 08 CR 107-11 |

### ORDER

Now comes Johnny White, by and through his counsel, Lewis Myers, Jr., and moves this court to enter the following order concerning his travel.

IT IS ORDERED:

1. Johnny White's conditions of bond are modified for him to leave the Northern District of Illinois.

2. From May 22, 2008 through May 25, 2008, Johnny White will be in Long Island, New York attending the graduation of his sister, Shirley White.

3. Assistant U.S. Attorney Lisa Nollar has been informed of the modification and does not oppose this order.

4. Troy Sabin of Pre-trial Services has been informed by Attorney Lewis Myers, Jr., and Defendant Johnny White.

IT IS FURTHER ORDERED THAT:

5.    Upon Johnny White's return to the Northern District of Illinois, he is contact Pretrial Services and Attorney Lewis Myers, Jr.

ENTERED: *Elaine E. Bucklo*

**MAY 2 2 2008**

Lewis Myers, Jr.
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago IL 60602
(312) 236-8004 Tel
(312) 236-8804 Fax

-2-