IN THE ILLINOIS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CR 107-11 |
| v. | ) | |
| | ) | Honorable Elaine Bucklo |
| Johnny **WHITE**, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO WITHDRAW AS COUNSEL

NOW COMES attorney Lewis Myers, Jr., counsel of record for the defendant Johnnie White and moves this Court to enter an order granting counsel leave to withdraw in this case. In support of the motion, counsel states follows:

1. Lewis Myers, Jr., has an appearance on file in the above case.

2. Attorney Myers was notified by Johnnie White on Friday August 15, 2008, that he had retained Attorney Phil Turner to represent him in this matter.

3. Mr. White informed Attorney Myers that he had retained Attorney Phil Turner to represent him in this matter.

4. Mr White has requested that Attorney Myers turn his files over to Attorney Turner.

5. Accordingly, Attorney Myers seeks leave to withdraw as counsel of record in this matter.

WHEREFORE, counsel respectfully requests that he be allowed to withdraw from this case.

/s/Lewis Myers, Jr.

Lewis Myers, Jr.
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago IL 60602
(312) 236-8004 Tel
(312) 236-8804 Fax