IN THE ILLINOIS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>Johnny **WHITE**, )<br>)<br>      Defendant. ) | Case No. 08 CR 107-11<br><br>Honorable Elaine Bucklo |

## NOTICE OF MOTION

To:   Lisa Noller
US Attorneys Office
219 S. Dearborn Street
Suite 500
Chicago, Illinois 60604

    **YOU ARE HEREBY NOTIFIED** that on August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant will appear before the Honorable Judge Elaine Bucklo in Courtroom 1441 at 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached **Motion to Withdraw as Counsel** in the above-entitled action.

                                      /s/Lewis Myers, Jr   .

Lewis Myers, Jr.
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004
(312) 236-8804 Facsimile

CERTIFICATE OF SERVICE

The undersigned caused to be filed via electronic mail a copy of the foregoing notice. Notice to be sent via facsimile number (312) 353-4324 to counsel at the address indicated above on this 21st day of August, 2008

/s/Rita Howard