IN THE ILLINOIS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CR 107-11 |
| v. | ) | |
| | ) | Honorable Elaine Bucklo |
| Johnny **WHITE**, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

To: Lisa Noller
US Attorneys Office
219 S. Dearborn Street
Suite 500
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on August 21, 2008, counsel for Defendant Johnny White caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division at 219 S. Dearborn Street the attached **Motion to Withdraw as Counsel** in the above-entitled action.

s/Lewis Myers, Jr.

Lewis Myers, Jr.
Attorney for Defendant
25 E. Washington
Suite 1225
Chicago, Illinois 60602
(312) 236-8004
(312) 236-8804 Fax

CERTIFICATE OF SERVICE

The undersigned caused to be filed via electronic mail a copy of the foregoing notice. Notice to be sent via facsimile number (312) 353-4324 to counsel at the address indicated above on this 21st day of August, 2008.

s/Rita Howard