## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 11 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. White | | |

**DOCKET ENTRY TEXT**

Motion to withdraw appearance by Lewis Myers, Jr. on behalf of defendant Johnny White heard on 8/28/08 and the motion is granted and Phil Turner is allowed to file his appearance as substitute counsel.

Docketing to mail notices.

Time : 5 minutes

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|